# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### CASE NO. 3:23-CV-190-RJC-DCK

| | |
|---|---|
| IBEAWUCHI OSUAGWU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| TRANSUNION, et al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Caren D. Enloe, concerning Alexander W. Prunka, on August 9, 2023. Alexander W. Prunka seeks to appear as counsel *pro hac vice* for Defendant Experian Information Solutions, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Alexander W. Prunka is hereby admitted *pro hac vice* to represent Defendant Experian Information Solutions, Inc.

**SO ORDERED**.

Signed: August 9, 2023

David C. Keesler
United States Magistrate Judge